THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PETERS, Appellant.— Judgment of the County Court of Nassau County, convicting defendant of the crimes of extortion, coercion and conspiracy, reversed on the law, the indictment dismissed and the defendant discharged. The evidence adduced by the People was insufficient to establish the defendant's guilt of the crimes charged and his motion to dismiss at the close of the People's case should have been granted. Hagarty, Johnston and Adel, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 68 CORPORATION, Appellant, v. WILLIAM STANLEY MILLER, as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents. (1933, 1934, 1935, 1936, 1937, 1938-9, 1939-40, 1940-1 and 1941-2 Taxes. Block 247, Lot 28.) — Order confirming assessments for the tax years 1933 to 1941-42, inclusive, and dismissing writs of certiorari heretofore issued, unanimously affirmed, without costs. Although in our opinion the weight of the evidence warranted substantial reductions in the assessments, in the light of the standards employed by the Court of Appeals in weighing the facts (Matter of City of N. Y. [Newtown Creek], 284 N. Y. 493; People ex rel. Clinton Trust Co. v. Sexton, 288 id. 678; People ex rel. Borough Housing Corp. v. Sexton, 285 id. 754; People ex rel. Chase National Bank v. Bankson, 287 id. 793), we are without power to effect such modifications. The proof offered by the city in support of the assessments in this case is as " credible " as that relied on and ultimately sustained in the cited authority, despite our determination of the weight of the evidence. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. (See 265 App. Div. 869, amily. decision.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 62 CORPORATION, Appellant, v. WILLIAM STANLEY MILLER, as President, and HUBERT T. DELANY and Others, as Commissioners, Constituting the Tax Commission of the City of New York, Respondents. (1933, 1934, 1935, 1936, 1937, 1938-9, 1939-40, 1940-1 and 1941-2 Taxes. Block 242, Lot. 27.) — Order confirming assessments for the tax years 1933 to 1941-42, inclusive, and dismissing writs of certiorari heretofore issued, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [See 265 App. Div. 870.]

TILLIE READER, Appellant, v. JACOB READER, Respondent.— Order denying plaintiff's motion to modify the final judgment so as to increase the alimony payments provided therein, reversed on the facts, with ten dollars costs and disbursements, and the matter remitted to the Special Term for the purpose of taking testimony to ascertain respondent's income and expenses, and determining, on the basis of such proof, whether or not an increase should be directed in the amount of alimony awarded, and if so, the extent of such increase. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.